UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE VERLINE WILDER, SR., )<br>        Plaintiff, )<br>                             )<br>V.                          )<br>                             )<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, SOCIAL )<br>SECURITY ADMINISTRATION, JOHN )<br>M. WILDER, SUPERIOR COURT OF )<br>NEW HANOVER COUNTY, NC, and )<br>CRAIGE AND FOX, PLLC, )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-260-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's application to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED.

**This Judgment Filed and Entered on December 29, 2016, and Copies To:**

Lawrence Verline Wilder, Sr.                       (Sent to 1101 Chestnut Street Wilmington,
                                                                         NC 28401 via US Mail)

DATE:                                         JULIE RICHARDS JOHNSTON, CLERK
December 29, 2016                          (By) /s/ Nicole Briggeman
                                                   Deputy Clerk